UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,

v.                                      Cr. No. 14-20007

Walter Louis Bridges, Jr.,             Honorable Sean Cox

      Defendant.
_____/

## ORDER DENYING
## DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL

This matter is currently before the Court on Defendant Walter Louis Bridge's oral

Motion for Judgment of Acquittal Pursuant to Rule 29.  Defendant seeks acquittal as to all five

counts in the Indictment

In considering a motion for judgment of acquittal under FED. R. CRIM. P. 29, this Court

must determine whether, after reviewing the evidence in the light most favorable to the

prosecution, any rational trier of fact could find the elements of the crime beyond a reasonable

doubt.  *United States v. Abner,* 35 F.3d 251, 253 (6th Cir. 1994); *United States v. Meyer*, 359

F.3d 820, 826 (6th Cir. 1979).  In doing so, the Court does not weight the evidence, consider the

credibility of witnesses, or substitute its judgment for that of the jury.  *Id.*

The Sixth Circuit has explained that a defendant claiming insufficiency of the evidence

"bears a very heavy burden."  *Abner,* 35 F.3d at 253.  On review, all evidence must be construed

in a manner most favorable to the Government.

Having considered Defendant's motion, and having reviewed the stipulations in this case,

1

and viewing the evidence presented at trial in the light most favorable to the prosecution, the

Court concludes that a rational trier of fact could find the essential elements of all of the crimes

charged beyond a reasonable doubt.

Accordingly, **IT IS ORDERED** that Defendant Bridge's Motion for Judgment of

Acquittal is **DENIED.**

**IT IS SO ORDERED.**

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  June 5, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on
August 6, 2012, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager

2